Exhibit A

```
1  LISA S GREEN
   DISTRICT ATTORNEY
2  KERN COUNTY
   BY: KEN MICHAEL RUSSELL
3  DEPUTY DISTRICT ATTORNEY
   1215 TRUXTUN AV
4  BAKERSFIELD, CA 93301

5  TELEPHONE: (661) 868-2340

6  ATTORNEYS FOR PLAINTIFF

7

8           SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN

9                     BAKERSFIELD JUDICIAL DISTRICT

10                                    ) NO MF012908A
   THE PEOPLE OF THE STATE OF CALIFORNIA,)
11                                    ) DA CASE: INF 1025262
                          PLAINTIFF,  ) FELONY
12                                    )
                   V.                 ) INFORMATION
13                                    )
   JUMSHER SINGH SAROYA               )
14                                    )
                                      )
15                        DEFENDANT(S).)
   -----------------------------------
16
   DEFENDANT(S) IS/ARE ACCUSED BY THE DISTRICT ATTORNEY OF THE
17
   COUNTY OF KERN OF THE STATE OF CALIFORNIA, BY THIS INFORMATION,
18
   OF THE FOLLOWING CRIME(S) IN THE COUNTY OF KERN, STATE OF
19
   CALIFORNIA:
20

21

22 COUNT: 001, ON OR ABOUT APRIL 5, 2018, JUMSHER SINGH SAROYA, DID
23 WILLFULLY AND UNLAWFULLY TRANSPORT, IMPORT INTO THE STATE OF
24 CALIFORNIA, SELL, FURNISH, ADMINISTER, OR GIVE AWAY, OR OFFER TO
25 TRANSPORT, IMPORT INTO THE STATE OF CALIFORNIA, SELL, FURNISH,
26 ADMINISTER, OR GIVE AWAY, OR ATTEMPT TO IMPORT INTO THE STATE OF
```

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF KERN
OCT 12 2018
BY SGOMEZ, DEPUTY

ORIGINAL

OCT 11 2018

1.

1 CALIFORNIA OR TRANSPORT A CONTROLLED SUBSTANCE, TO WIT:
2 METHAMPHETAMINE, IN VIOLATION OF HEALTH AND SAFETY CODE SECTION
3 11379(A), A FELONY.

ENHANCEMENT

IT IS FURTHER ALLEGED THAT THE SUBSTANCE INVOLVED EXCEEDED 20 KILOGRAMS BY WEIGHT, OR 400 LITERS BY LIQUID VOLUMNE, WITHIN THE MEANING OF CALIFORNIA HEALTH AND SAFETY CODE SECTION 11370.4(B)(4).

ENHANCEMENT

IT IS FURTHER ALLEGED AS TO JUMSHER SINGH SAROYA, THAT THE SUBSTANCE INVOLVED EXCEEDED 10 KILOGRAMS BY WEIGHT, OR 200 LITERS BY LIQUID VOLUME, WITHIN THE MEANING OF HEALTH AND SAFETY CODE SECTION 11370.4(B)(3).

COUNT: 002, ON OR ABOUT APRIL 5, 2018, JUMSHER SINGH SAROYA, DID WILLFULLY AND UNLAWFULLY POSSESS FOR PURPOSE OF SALE A CONTROLLED SUBSTANCE, TO WIT: METHAMPHETAMINE, IN VIOLATION OF HEALTH AND SAFETY CODE SECTION 11378, A FELONY.

ENHANCEMENT

IT IS FURTHER ALLEGED THAT THE SUBSTANCE INVOLVED EXCEEDED 20 KILOGRAMS BY WEIGHT, OR 400 LITERS BY LIQUID VOLUMNE, WITHIN THE MEANING OF CALIFORNIA HEALTH AND SAFETY CODE SECTION 11370.4(B)(4).

LIM_65268

ENHANCEMENT

IT IS FURTHER ALLEGED AS TO JUMSHER SINGH SAROYA, THAT THE SUBSTANCE INVOLVED EXCEEDED 10 KILOGRAMS BY WEIGHT, OR 200 LITERS BY LIQUID VOLUME, WITHIN THE MEANING OF HEALTH AND SAFETY CODE SECTION 11370.4(B)(3).

DATED: OCTOBER 10, 2018

LISA S GREEN
DISTRICT ATTORNEY

KEN MICHAEL RUSSELL
DEPUTY DISTRICT ATTORNEY

LIM_65269