Exhibit B

| Defendant Information: | Name: | SAROYA, JUMSHER SINGH | | Birth Year: | 1995 |
|---|---|---|---|---|---|
| Case Information: | Court Case #: | MF012906A | Filing Date: 04/10/18 | Related Case #: | NONE |
| | Arrest Date: | 04/05/18 | | | |
| | Bail Amount: | NO BAIL | Bail Status: N/A | Bail Type: | N/A |

### Charges/Dispositions

| Count | Type | Code | Section | Charge Description | Charge Disposition | Disposition Date |
|---|---|---|---|---|---|---|
| 001 | F | HS | 11379(A) | TRANSPORT/ETC CONTROLLED SUBSTANCE | PLED NOLO CONTENDERE | 06/17/19 |
| 002 | F | HS | 11378 | POSSESS CONTROLLED SUBSTANCE FOR SALE | DISM - FURTH. OF JUSTICE | 06/17/19 |

### Sentence Information

JAIL/PRISON 6 YEARS
TOTAL CREDIT 0893 TIME SERVED 447 DAYS GOOD BEHAVR 446 DAYS,
CONFINEMENT LOCATION JAIL

| CHARGE | FINE AMOUNT | |
|---|---|---|
| HS 11379(A) | 515.00 | |
| MISC. FEES | 170.00 | |
| RESTIT FINE | 300.00 | |
| FINE TOTALS | 985.00 | |

### Scheduled Hearings

** None found **

### Aliases

| Defendant Name | SAROYA, JUMSHER SINGH |
|---|---|
| Aliases | BIRD, LARRY |

If you need more case information than what is listed above, please contact the specific court location.

Back to Top

| Case # | Charge | Court Date | Status/Bail |
|---|---|---|---|
|  | HS11352 TRANS/SELL SUB | No Appearance Scheduled | Warrant Issued |
| FSB18001383 | HS11351 POS/PUR F/SALE NARC/C/SUB | No Appearance Scheduled | Sentenced |

## Holds

| Warrant | Charge | County | Agency | Status/Bail |
|---|---|---|---|---|
| USM |  | LOS ANGELES | USM LOS ANGELES | NO BAIL |





| CONFINEMENT LOCATION | JAIL |
|---|---|
| CHARGE | FINE AMOUNT |
| HS 11379(A) | $15.00 |
| MISC. FEES | 170.00 |
| RESTIT FINE | 300.00 |
| FINE TOTALS | 985.00 |

**Scheduled Hearings**

** None Found **

| Defendant name | SAROYA, JUMSHER SINGH |
|---|---|
| Aliases | BIRD, LARRY |

If you need more case information than what is listed above, please contact the specific court location.

Back to Top