Exhibit D

To The Honorable Judge Otis D. Wright II

Your Honor,

I never thought I would be standing in front of a federal judge waiting to be sentenced for my participation in a drug conspiracy, especially after serving 1 ½ years in state prison for the identical conduct. But here I am. I would like to explain to Your Honor how I was raised, how and why I got here, what I have learned, what I have done to straighten out my life, and my hopes and plans for the future.

I was privileged to be raised in a cohesive, hard-working, and loving family, so I have no excuse about being an abused or deprived child or anything like that. I was 22 when I got solicited into the activity that got me here. Actually, with the wisdom of hindsight, I would add that I was a "young" 22; by that, I mean I was kind of immature. I was working in the construction industry as a plumber's assistant, hoping to become licensed in the near future. Other than marijuana, I was not a drug user, and most definitely not a drug dealer. I think I was a pretty normal law-abiding young adult.

I was laid off at work, which meant I had no income and no money. While looking for work, I spent some time playing basketball. After a while, one of the people I got to know offered me an opportunity to make some money. I understood it to be a one-time thing (I definitely was not looking at it as a career

1

move). My assignment was to go to the U.S., remove some packaged drugs from a storage locker area, and deliver them to a courier. This was to be accomplished with a co-defendant named Michael Shepherd. We did not know each other prior to meeting in California. Looking back, I am embarrassed to say that I did not give a thought to the larger picture. By that I mean that there must have been many other people involved. More important, I did not give any thought that these drugs would be sold to people, perhaps addicted, possibly causing them great harm. It's not like it was a secret; and I am frankly embarrassed that I did not really consider that at the time. But I certainly have since.

My instructions were that I was to pick up packages of drugs from a storage locker and deliver them to a courier, along with Mr. Shepherd. He and I were arrested on the same date. I was prosecuted in Kern County. He was arrested and prosecuted in San Bernardino. Both of us were also charged and prosecuted in this court for the same activity. I pled guilty to the state charges (the same acts to which I pled guilty in this case), and served approximately 20 months (credited with about 74 months) in state prison, when I was brought to federal court to face the charges pending here, where I also pled guilty. I fully confessed my involvement to the Kern County authorities as well as to the FBI.

For the time I was incarcerated I learned a lot of important things about myself and life in general. The first thing I learned was how much love and support

my family really had for me. I have never lived away from my family until I was incarcerated and I really took that support for granted. The pain I put my parents and siblings through is indescribable. Regardless of the crime I have committed, they continued to support me and be there for me now more than ever and that is how I got through my incarceration. I miss my parents in Canada. I wish they could come visit me during this time I have been on supervised release, but due to Covid-19 it has not been possible.

Another thing I learned while incarcerated was the consequences of drug abuse. I had never been exposed to it, and never really given it much thought. My case involves methamphetamine, but I had never actually understood it before or what it does to people. While I was in Kern County prison, countless men came in who were addicted to meth. Their health was terrible. They had missing teeth and they smelled bad. The saddest part—which kind of shocked me—was that a lot of them were actually happy to be there because they had free food, showers and a place to sleep at night.

I had a new cell mate come in once, and he was everything that I just described, a wreck of a human being. At first, I was mad that I had to share a cell with him, but as the weeks went by and I got to know him I found he was a really an intelligent and humble guy. He had no money and no family looking out for him because he had burned all those bridges due to his drug problems. So I would

3

share my commissary with him. While eating ramen noodle spreads we would spend countless hours talking about all the productive things we would do when we got out. After hearing his stories, it saddened me that, if I had not been arrested, I may well have contributed to ruining the life of other people.

Another important life lesson I learned was that freedom is priceless. I had always taken it for granted. After being incarcerated for 20 months, I realized there is no amount of money in the world that I would risk my freedom for ever again. While in custody I watched life pass me by. I missed my only sister's wedding. That still hurts me to this day because I will never get to cherish the memories that my family created on her wedding night.

My grandpa also passed away while I was in custody (I was his favorite). While everyone was in the hospital with him, he asked where I was; and my mom didn't have the heart to tell him the truth: that I was in prison. She feared that because of his health that information would make things worse. When I heard this news I became very depressed that I didn't get to say goodbye. I vowed to myself that I would never commit a crime again and risk putting myself, and my family, in that position.

Luckily, I have been blessed to be free on supervised release since shortly after I arrived in federal custody. I did not waste any time in trying to get my life

back together and improve myself. Since being released I have been attending Glendale Community College and working part time at Gap Inc. warehouse as an order filler. I have never been more motivated to be successful, not just for myself, but for my family as well. I feel like I need to redeem myself and show them that they did not raise a failure and that it was not their fault. Every time I get an A on a test, I "face time" my mom in Canada to tell her because I love seeing the excitement on her face.

I feel like I have been given a second chance while being on supervised release and I can continue going to school and work towards a degree. My goals for the future are to get into construction management and eventually start building custom houses.

I am fortunate to have an amazing support system here in Peoria, Arizona. I live with my uncle and aunt. He is a software developer and she is a Vice President at American Express. With their educated backgrounds they are the perfect mentors for me and they are helping to guide me in the right direction, for which I will be forever grateful.

Your honor, over these past 3 years I have grown so much, and I appreciate life much more than I used to. I would not be the man I am today if it wasn't for the "downs" that I went through while in prison. There was a lesson to be taught

5

and I have learned it. I am ready to move forward with my life. I am ready to fall in love and start a family. I just want to live a normal, law-abiding life. At 25 years of age, I feel like I can do anything I put my mind to; and with the amazing support system that I have I will not fail. There is no way I will ever think about attempting something that will land me in jail ever again.

    I pray you will keep those things in mind when you sentence me.

Sincerely,

*[signature]*