Exhibit E

## **EXHIBIT E INDEX**

1. Parmjit Saroya, Uncle.

2. Salina Ahmed, Aunt.

3. Kiran Badesha, Sister.

4. Eisher Saroya, Cousin.

5. Ranbir Saroya, Brother.

6. Mandy Nguyen, Friend.

7. Harjinder Singh Dodd, Cousin.

8. Bhullar Family

    a. Rajinder Singh Bhullar

    b. Bhajan Kaur Bhullar

    c. Mandeep Bhullar

    d. Parmveer Bhullar

November 19, 2020

Hon. Judge Wright,

Jumsher Saroya is my brother's son; we lived in the same house until he was 5 years old, and he has been living with my family and I again since November 2019

I have two children who are close to Jumsher's age. My son graduated college with his Bachelor's in Computer Science and is currently working as a Software Developer, and my daughter is in her final year at Arizona State University. I am a SAP Software Developer and own a consulting business. My girlfriend works at American Express as a Vice President. We are a close-knit family, from simple middle-class backgrounds, who believe in hard work, living ethically and with honesty. I am hopeful that the positive influences in our home have affected Jumsher to reflect on his actions. Jumsher is still very young and has a promising life ahead. With the current family support structure, we will ensure we help him succeed through this critical period, and in the future.

Since moving in with us last year, Jumsher's social life and behavior has changed. He has been very motivated to attend college and pursue a four-year degree. He is determined to turn his life around and succeed in his education. He has been getting straight A's in all his classes in college. When he first moved to Arizona, he could not drive a car, so he rode a bicycle to go to college. Subsequently he got a part time job at Gap Inc to pay for full time college expenses. Through my conversations with Jumsher, he has shown me that he has learned from his mistakes and is dedicated to correcting his errors.

Jumsher is a very humble and hardworking young man. I can always count on him to help me around the house and use his tradesman skills to repair my house. Over the past year I have seen that Jumsher has matured and is dedicating himself to be a more productive person.

I would have never imagined that Jumsher would commit a serious crime. I have had several discussions with him about the gravity of his actions and he has repeatedly shown considerable remorse and sincere regret for the decisions he made that changed the course of his life.

I am confident that given the opportunity, Jumsher has a promising future and once he completes his bachelor's degree in Business Administration, he will succeed in a professional career and continue to live as a productive member of society.

Sincerely,

Parmjit Saroya

Owner Saroya Consulting Corporation

Hon. Otis D Wright II

U.S. District Court

November 19, 2020

Hon. Judge Wright,

My name is Salina Ahmed, and I am Jumsher Saroya's aunt. Jumsher has been living with our family since November 2019. Prior to this I met Jumsher when I started dating his uncle Parmjit in 2015. Parmjit and I are both working professionals and we strive to live by our faith and instill good character, family values and ethical behavior in our children.

I have known Jumsher to be a respectful, responsible young man. He goes out of his way to help out around the house, recently assisted us with moving homes and has integrated into our family seamlessly. He participates in all aspects of our family's activities including attending the Gurudwara (temple) with us and partaking in religious services. He is pursuing a degree in Business Administration at Glendale Community College and working part time for Gap Inc. (retail clothing) since he has moved to Arizona.

I remain extremely shocked and sad that he was lured into the criminal activity that resulted in his arrest and has subsequently set him back several years. Jumsher has expressed regret over his grave mistake repeatedly, and has affirmed his desire to complete his bachelor's degree and secure a professional job so he can live life as a respectable citizen once again. He is eager to settle back to normalcy and contribute to our family and the community in Peoria, AZ. I firmly believe that he has learned from his mistakes and will not consider engaging in any criminal activity again.

Jumsher has a lot of potential and a promising future given the right guidance and opportunity to course correct. I am hopeful that with our family's love and support Jumsher will continue to stay focused and pursue a successful and productive professional career.

Sincerely,

*Salina Ahmed*

Salina Ahmed

Vice President Portfolio & Product Delivery

American Express

Kiran Badesha

November 6, 2020

**Re: Character Reference for Jumsher Saroya**

Dear Honorable Otis D. Wright II / U.S. District Court,

I, Kiran Badesha, am writing this letter to allow you to gain insight into Jumsher Saroya's character. I am Jumsher's older sister and have lived in the same house as Jumsher for about 22 Years. Growing up, we shared most day-to-day activities together such as breakfasts, dinners, and family events. Jumsher has always been charismatic, and easy to get along with (he was always the favourite among family members). He is also very smart and a quick learner. I remember we were enrolled in after school tutoring and he would always finish his homework ahead of time and start working ahead. He was even enrolled in Summer School – not because he failed a course but to take an extra course to get ahead.

Jumsher was always involved in team sports such as, soccer, basketball, and wrestling. He was very disciplined and grew up balancing school and sports quite well. I believe his experience with team sports makes him a great team player even in the real world as he always helps his family and friends, and pitches in around the house. My opinion and observation of Jumsher as a brother, son, and friend is that he is empathetic, perceptive, patient, and thoughtful.

He has also proven to be very resilient these past few years. This case has had a significant impact on Jumsher's life and he has learned a serious lesson. As a young man in his 20's, Jumsher still has a long life left to live and he is committed to changing the trajectory of his future. He did not waste any time when he got out on bail and took initiative by taking post-secondary courses. This speaks volumes on his commitment for a better future and how much he values his time. He is not one to waste his time and is always doing something productive, whether its playing sports with his friends, taking a course, working, or reading books. Jumsher has a very bright future and will overcome this dark time in his life.

As Jumsher's older sister, I expect the best from him and know he has so much potential. We have had a similar upbringing which is why I was very surprised by the criminal conduct that led to his conviction. We come from a middle-class family with

parents who work very hard to provide us with everything we need. Jumsher was working as a plumbing apprentice and was enrolled at British Columbia's Institute of Technology (BCIT) to become a tradesman around the time of his arrest. In my opinion, this act was very out of character and was a very poor lapse in judgement.

My many conversations with my brother have me believe that Jumsher deeply regrets his actions and is eager to put this behind him. I feel it is very unlikely that he will repeat this offense or be involved in other criminal activity. He understands the harm of his actions to the people around him and the serious criminal consequences. Experiencing time in prison has taught him a serious lesson and he has lost years that he will not get back. He is now spending time with family which have been a great influence on him. He has goals which he hopes to achieve, a positive outlook on life, and a strong group of people around him; these are all signs of his ability to thrive to be the best version of himself.

To end this off, I would like to emphasize that Jumsher has learned from his mistake. He is resilient, smart, and hard-working. If given a second chance, this young man can change his life around. I encourage you to take into consideration my experiences and the aforementioned factors when issuing a ruling. Thank you for allowing me to share this character reference with you.

If you wish to verify any of the above statements, please do not hesitate to call me at 778-823-3096.

Yours sincerely,

*Kiran Badesha*

Hon. Otis D. Wright II
U.S. District Court

November 19, 2020
Honor Judge Wright,

My name is Eisher Saroya, and I am writing this letter to you on behalf of Jumsher Saroya. Jumsher and I are first cousins, born only three months apart. We were raised in the same household as part of an extended family for the first few years of our childhood, and our families visited each other often thereafter. I know him well and have noticed how he has changed after his time in prison, and even more so since he has been out. For this reason, and because I believe he is a productive member of society, I am happy to write this character reference for him.

For as long back as I can remember, Jumsher has been generous and good-natured. He is staying with us now in Arizona, and he is always doing his part around the house, helping with errands, and cooking for everyone. It has been nice having him here, especially during the pandemic, when everything is so uncertain and many of us are limited in our social interactions. I have many fond memories of our childhood, and all the ways in which he liked to make people laugh, and I am glad that has not changed. It is comforting to know that he has retained his humor and kept a positive outlook on life.

Jumsher is also ambitious, intelligent, and hard-working. I remember as kids how he excelled at anything he put his mind to, which was often Math or various team sports. I was shocked when I heard of his criminal conduct, and believe it was unusually poor judgement on his part. He has always had the drive and talent needed to succeed, and I believe now he will reflect on his choices more carefully. Jumsher lost years of his life for the decision he made and has had years to reflect. He knows it is his own decisions that led to this outcome, and he regrets it every day. Now he is putting in tremendous effort to move forward in his life and learn from his mistakes, and he has people supporting him. He is attending college, working, and spending his time otherwise bettering himself to improve his chances in the future.

Having heard his thoughts about his criminal conduct and what he wants out of life, I believe it is highly unlikely that he will commit an offense again. His actions did not only affect him and society at large, but his friends and family, and caused a great deal of harm, but we are all still here supporting him now. He recognizes how lucky he is to have so many friends and family that care for him and will not jeopardize that connection.

Jumsher is a beloved member of our family and he has the character traits and social support that will help him succeed and forge a better path forward.

Sincerely,

*Eisher Saroya*

Eisher Saroya

Date: November 22, 2020

Hon. Otis D. Wright II
U.S. District Court

Dear Hon. Otis D. Wright II:

    I am the eldest brother of Jumsher Saroya. I was adopted by Jumsher's father (Sukhvinder Saroya), when I was 13 years old. Jumsher was born when I was 18 years old. Jumsher and I lived in the same house until Oct 2010.

    I helped raise Jumsher from his birth to when he was 15 years old. I took him to his soccer and basketball games. I taught him math and other subjects. I disciplined him when he was bad and I rewarded him when he was good. In my experience Jumsher was above average in intelligence; he was always quick to grasp new concepts in math and other subjects. I had a belief that Jumsher would grow up to be a successful professional in any field he would end up choosing. Even though Jumsher had an entrepreneurial bent as a child, I had hoped he would choose a career in a technical field; I'm happy to know that he is now in college taking math, physics and computer science courses.

    When I found out that he was arrested for being involved in criminal activities, I was shocked to say the least. It took a long time for me to understand how a smart kid like Jumsher could fall in with bad company. In a way I think that if I had not lost a personal connection with him; I may have foreseen (and prevented) what inevitably put him behind bars. I have always believed that there is no shortcut to success, that one has to put in the hard work in order to succeed in business, academics or any other field. I can easily imagine a world where Jumsher completes his education and starts making an honest living.

    The fact is that Jumsher is still the same bright kid I knew many years ago. I know that he will succeed at anything he puts his mind to. I do believe that he has learned his lesson and is ready to move on with his life. I think if Jumsher is given a chance to start over, he will make better choices.

Sincerely,

*[signature]*

Ranbir Saroya

November 17, 2020
HON. OTIS D. WRIGHT II
U.S. DISTRICT COURT

TO: CHARACTER REFERENCES

My name is Mandy, and I believe strongly in Jumsher's character and the type of person he is – whether it's around his family, or close friends because I've known Jumsher since 2007. We attended both elementary and high school together, and he was undoubtably an amazing support system. I would not be the person I am today if he weren't by my side through all those years.

Jumsher genuinely cared about both my family and I, which meant looking out for my well-being. I remember clearly about a situation when I was in a difficult position and had limited resources to leave. This left my mom extremely worried because she could not contact me, nor did she know who I was with. Because of his longstanding and trusted relationship with my family, my mom immediately called him asking for help to find me and bring me home. Jumsher did just that – picked me up immediately and brought me home with no questions asked. The following days were very hard for me, and Jumsher knew this. He showed up one morning and dropped off glow in the dark stickers because he had remembered that long ago, in high school, I mentioned that looking at them made me happy. To this day, I still have the stickers on my ceiling and whenever I have a bad day I just look up at them and get comforted by the idea that I have such a caring friend like Jumsher.

From my recent interactions with Jumsher, he never fails to relay his deep regret for his bad decisions. During his time in jail, he would only want to speak with his mom or dad to find some sort of redemption. He battled heavy depression, but thankfully, he is understanding of his consequences and realized his place in life. Now more than ever, he values his family and wants to ensure that he never wants to disappoint them or put them in a tough position in the future. His time in jail really changed his perspective on who he wants to be as a person, and how he regrets all his lost time. Right when he got bail, Jumsher immediately enrolled in school because he wants to expand his opportunities positively. On top of maintaining a good standing at school, he also took the initiative to get himself a job to keep himself busy and save up to give back to his family.

Jumsher has been part of my life for over a decade, and my family and I have been shown nothing but care and respect from him. I know that this good character of his will never waiver, regardless of the situation he may be in. He has already begun to redeem and prove himself for the better – I know he will only excel even more from here.

Sincerely,

*Mandy*
Mandy Nguyen

Harjinder Singh Dodd

November 19, 2020

Hon. Otis D. Wright II
U.S. District Court

Dear Hon. Otis D. Wright II:

For some background, Jumsher Singh Saroya, is my first cousin's son and I have known him since birth. Since he has moved to Phoenix, I interact with him regularly, approximately 3-4 times a month either at his current residence with his uncle, Parmjit Singh Saroya, or when he comes to our residence. This includes family dinners and just hanging out.

Having known Jumsher his whole life, I find this criminal conduct is completely out of character, and a complete shock, and I do not see him repeating this mistake.

Jumsher is a productive member of society, he is currently working at the Gap fulfillment center, and is attending Glendale Community College, and is making plans for his future.

I see him as a caring young boy that is very involved with his family, always in the middle of conversation, and he has become very close with my kids who are roughly the same age as him. He is very helpful, as an example, during our recent move he spent couple of days helping me clean up, take garbage and recyclables to the local garbage transfer station. This is just one example; he is always helping out when needed.

He is also very keen on finishing his schooling and moving forward with his life, and put his behind him. Talking with Jumsher about work and life in general, I see that he has made a lot of friends at work and is very happy with his life and current environment. I have talked with him about what he wants to do after Glendale community college he is very interested in becoming a construction contractor. To me this shows initiative, and goals, and wants to stay a productive member of society.

Sincerely,

Harjinder Singh Dodd

Rajinder Singh Bhullar

November 19, 2020

Dear Honorable Otis D. Wright II/U.S. District Court,

I, Rajinder Singh Bhullar am writing on behalf of myself and my wife, Bhajan Kaur Bhullar. We certify that we have known Jumsher Saroya from the day he was born, September 27 1995. His dad, Sukhwinder Saroya and I are from the same village in India. We have grown up together therefore I have known the Saroya family for 56 years. This family is very hardworking, honest and respectable. Jumsher has always been a hard-working kid and carried himself in a polite manner. He started his apprenticeship in plumbing and has been very ambitious and motivated. He has been very helpful and treats others with a high level of respect. Below are statements from my son and daughter who have a long-term friendship with Jumsher.

I, Mandeep Bhullar, daughter of Rajinder and Bhajan Bhullar, am proud to offer my recommendation of Jumsher Saroya. I have personally known Jumsher for 22 years as my friend. We have grown up as family and I have spent time extensive time with him in various settings to confidently vouch for his character. Jumsher is very levelheaded, considerate and friendly. He has always had a very positive outlook towards life and has always held himself to high standards. He is a caring person and has a high degree of empathy for others. He's not one to speak ill of others. He is very smart with a good head on his shoulders. I have had conversations with him in which he has expressed his righteous views on a wide range of issues and situations. He has shown me kindness various times, by ensuring I was home safe after events and offering me rides. On my 23rd birthday party, he was the only one from my close friends who stayed behind and made sure that I got home safely. He has a good heart and is a very responsible person. I have always considered him to be more of a brother rather than friend to me.

I, Parmveer Bhullar, son of Rajinder and Bhajan Bhullar, have known Jumsher for 22 years as one of my closest friends. I consider him as a brother to me. Jumsher and I have many mutual friends. He gets along well with others and I have never witnessed a dispute between him and another. He keeps a calm and logical demeaner under stress. Growing up I have played with him

on various sports teams such as basketball and soccer. He's always shown great sportsmanship and been a leader. He has consistently shown that he is mature beyond his years. Summer of 2017, was my eldest sister, Sundeep's wedding. Towards the end of the wedding ceremony, it is an Indian tradition for the brother(s) to travel with the bride to the groom's house as we "give away" our sister to their household. This was very emotional experience for me and since I do not have a brother of my own Jumsher offered to come with me. He was very supportive during this time and has consistently shown that he will go out of his way to make time for others and even put others before him.

We hope this letter addressing Jumsher's character will be taken into consideration.

Please do not hesitate to contact any of us should you require any further information.

Best,

| Printed Name | Signature | Personal Telephone | Email |
|---|---|---|---|
| Rajinder Singh Bhullar | *RSBhullar* | 778-889-8456 | rsb_bhullar@yahoo.ca |
| Bhajan Kaur Bhajan | *BHAJAN BHULLAR* | 604-671-7438 | n/a |
| Mandeep Bhullar | *MBhullar* | 778-893-8456 | mbhullaar2@gmail.com |
| Parmveer Bhullar | *PBhul* | 778-995-8456 | parmveerbhullar@gmail.com |